UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
In re: Gilat Satellite Networks, Ltd.,

                                        CV-02-1510
                                        (CPS)

                                        ORDER

----------------------------------------X
SIFTON, Senior Judge.

        It is hereby ORDERED that, for any Class Member who received

a Proof of Claim form after July 15, 2007, the deadline for

requesting either exclusion from the Class or to object to the

Amended Settlement Agreement is extended until September 3, 2007;

        It is further ORDERED that, pursuant to this Court's April

19, 2007 Order, should any objections to the Amended Settlement

be filed after the date of the Fairness Hearing pursuant to this

Order, this Court may schedule an adjourned date of the Fairness

Hearing to consider such objections.


        SO ORDERED.

Dated :  Brooklyn, New York
         July 23, 2007


                        By: /s/ Charles P. Sifton (electronically signed)
                                United States District Judge